United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDIS MAEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON TEXACO CORP., CHEVRON U.S.A. INC., CHEVRON ENERGY SOLUTIONS L.P.,<br><br>    Defendants.<br>_____/ | No. C 04-00790 JSW<br><br>**ORDER RE PLAINTIFF'S LATE FILINGS AND REQUEST TO FILE DOCUMENTS UNDER SEAL** |

      Upon the showing made by Plaintiff in response to the Court's order dated June 15, 2005, the Court will consider the brief and declaration filed Plaintiff on June 6, 2005 in opposition to Defendants' motion for summary judgment and gives leave to Plaintiff to file the exhibits attached to the declaration. However, Plaintiff is ORDERED to pay Defendants' their reasonable attorneys' fees and costs incurred in bringing Plaintiff's filing errors to the Court's attention. Defendants' shall file a declaration by no later than June 24, 2005 detailing the fees and costs they incurred, if any.

      By no later than 3:00 p.m. on June 21, 2005, Plaintiff shall lodge with the Court, and serve on Defendants, copies of the documents he seeks to file under seal and a revised Motion to file such documents under seal, identifying such documents by exhibit number. To the extent Plaintiff seeks to file only a portion of some exhibits under seal, Plaintiff shall identify such portion or portions. Because Plaintiff is relying on Defendants' designation, or potential designation, of the documents as confidential, Defendants are ORDERED to make a showing by

no later than noon on June 23, 2005 as to which the exhibits, or portions thereof, lodged with the Court should be filed under seal. The Court shall reserve ruling on Plaintiff's request to file such documents under seal pending the receipt of Defendants' response to this order.

**IT IS SO ORDERED.**

Dated: June 20, 2005                                                     /s/ Jeffrey S. White
                                                                              JEFFREY S. WHITE
                                                                              UNITED STATES DISTRICT JUDGE