IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

LANDIS MAEZ,

    Plaintiff,

v.

CHEVRON TEXACO CORP., CHEVRON U.S.A. INC., CHEVRON ENERGY SOLUTIONS L.P.,

    Defendants.

No. C 04-00790 JSW

**ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S REQUEST TO FILE DOCUMENTS UNDER SEAL**

Upon the showing made by Defendants' regarding the confidentiality of their documents lodged by Plaintiff, the Court HEREBY GRANTS Plaintiff's request to file Exhibits 4, 5, 28, 29 and 39 under seal. Defendants do not argue or make any showing that the remaining exhibits lodged by Plaintiff should be filed under seal. Therefore, the Court DENIES Plaintiff's request to file page 6 of Exhibit 2, page 3 of Exhibit 3, Exhibit 7, page 2 of Exhibit 8, Exhibit 9, Exhibit 12, page 6 of Exhibit 15, Exhibit 17, page 6 of Exhibit 23, page 8 of Exhibit 37, and Exhibit 41 under seal. Accordingly, Plaintiff may e-file these documents.

**IT IS SO ORDERED.**

Dated: June 23, 2005

/s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE