Michael Mortimer [SBN 164092]
A.T. Kippes [SBN 171688]
THE BUSINESS LITIGATION GROUP LLP
351 California Street, Suite 500
Mail to: U. S. Post Office Box 2342
San Francisco, California 94126-2342

415.398.5050; sanfrancisco@att.net; TeleFax 415.398.5088; www.businesslitigationgroup.com

Attorneys for Plaintiff Landis Maez

HANSON, BRIDGETT, MARCUS, VLAHOS & RUDY, LLP
M. D. MOYE – 152871
DOROTHY S. LIU – 196369
333 Market Street, Suite 2100
San Francisco, California 94105-2173
Telephone: (415) 777-3200
Facsimile: (415) 541-9366
mmoye@hansonbridgett.com

Attorneys for Defendants

Chevron-Texaco Corporation, Chevron U.S.A. Inc. and Chevron Energy Solutions L.P.

# UNITED STATES DISTRICT COURT

(Northern District of California – San Francisco Division)

| | |
|---|---|
| Landis Maez,<br><br>        Plaintiff,<br><br>    v.<br><br>ChevronTexaco Corporation; Chevron U.S.A. Inc.; Chevron Energy Solutions, L.P.<br><br>        Defendants. | Case No.: **C-04-00790 JSW (EDL)**<br><br>Stipulation for Trial by the Court and Not by Jury.<br><br>Trial: October 11, 2005; 8:30 a.m. |

    Plaintiff's Complaint demanded trial by jury. In each Case Management Conference, Plaintiff represented to the Court a continued desire for a jury trial.

/ / /

Stipulation for Trial by the Court – *Maez v. ChevronTexaco*, et al. C-04-00790 JSW (EDL)

- 1 -

1  After consideration of his right to a jury trial and discussion with counsel, pursuant to
2  Federal Rules of Civil Procedure, Rule 39(a) and *Fuller v. City of Oakland, Calif.* (9th Cir. 1995)
3  47 F.3d 1522, 1531, Plaintiff herein STIPULATES to trial by the Court and withdraws his
4  demand for trial by a jury.
5  On August 30, 2005, Plaintiff counsel sought defense counsels' stipulation to trial by the
6  Court. Defendants' counsel communicated via e-mail that Defendants would agree to a signing a
7  stipulation for trial by the Court.
8  In light of Plaintiff's and counsels' stipulation herein, Plaintiff and Defendants
9  respectfully request the Court to order trial will be by the Court and not by jury.
10  The Court's Pre-trial Order stated that the jury trial would be from 8:30 a.m. to 1:30 p.m.,
11  Monday through Thursday. Counsel respectfully request the Court to inform counsel of any
12  changes in regards to this schedule should Your Honor order a non-jury trial.
13  Respectfully Submitted,

14  
15  _____
    Michael Mortimer
    Attorneys for Plaintiff Landis Maez

16  
17  Stipulated by Plaintiff Landis Maez [next page].

18  
19  Stipulated by Plaintiff Counsel:

20  August 31, 2005.
21  _____
    Michael Mortimer
22  Attorneys for Plaintiff Landis Maez

23  Stipulated by Defendants' Counsel:

24  
25  August 31, 2005.
    _____
    Dorothy Liu
26  Attorneys for ChevronTexaco, et al.

    SO ORDERED:
27  
28  September 1, 2005
    _____
    Jeffrey S. White
    United States District Court Judge
    by Hon. Phyllis J. Hamilton

Stipulation for Trial by the Court – *Maez v. ChevronTexaco*, et al. C-04-00790 JSW (EDL)

- 2 -

1  I stipulate to trial by the Court and withdraw my request for a jury trial.
2  August 31ST, 2005.

_____
Plaintiff Landis Maez

Stipulation for Trial by the Court – *Maez v. ChevronTexaco*, et al. C-04-00790 JSW (EDL)