UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDIS MAEZ, | No. 04-0790 JSW (JL) |
|     Plaintiff, | |
| v. | FURTHER SETTLEMENT CONFERENCE |
| CHEVRON TEXACO CORP., | |
|     Defendants. | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that a further settlement conference has been scheduled for **Wednesday, September 28, 2005 at 1:30 p.m.,** in Judge Larson's chambers, located at the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California 94102.

The parties shall notify Magistrate Judge Larson's chambers immediately if this case settles prior to the date set for settlement conference.

DATED: September 21, 2005

                                                                      _____
                                                                       JAMES LARSON
                                                                       United States Chief Magistrate Judge

SETTLEMENT CONFERENCE NOTICE       1