1  Michael Mortimer [SBN 164092]
   A.T. Kippes [SBN 171688]
2  THE BUSINESS LITIGATION GROUP LLP
   351 California Street, Suite 500
3  Mail to: U. S. Post Office Box 2342
   San Francisco, California 94126-2342
4
   415.398.5050; sanfrancisco@att.net; TeleFax 415.398.5088; www.businesslitigationgroup.com
5
   Attorneys for Plaintiff Landis Maez
6

7

8                    UNITED STATES DISTRICT COURT

9              (Northern District of California – San Francisco Division)

10

11 | Landis Maez,                                    | Case No.: C-04-0790 JSW (EDL)
12 |        Plaintiff,                               |
13 |   v.                                            | APPLICATION by Plaintiff Landis Maez to
                                                       Appear by Telephone at the Further Settlement
14 | ChevronTexaco Corporation; Chevron U.S.A.       | Conference.
15 | Inc.; Chevron Energy Solutions, L.P.            |
                                                       Conference Date: September 28, 2005
16 |        Defendants.                              |         1:30 p.m.
                                                                15th Floor
17

18                                                    Honorable James Larson

19

20         Pursuant to the Court's Standing Order and the Court's September 22 Order setting a

21 Further Settlement Conference for September 28, in lieu of personally appearing, Plaintiff Landis

22 Maez herein respectfully applies to the Court for permission to appear by telephone at the

23 September 28th Conference.

24         The grounds for Plaintiff's Application include: 1) Plaintiff resides in Phoenix, Arizona;

25 2) on the day of the Conference, Plaintiff's spouse will undergo medical procedures. Plaintiff's

26 wife needs Plaintiff for mental support and to drive her to and from the hospital; 3) the expense

27 of personal attendance at the Conference will place a financial hardship on Plaintiff; and 4) about

28

Application to Appear by Telephone – *Maez v. ChevronTexaco*, et al. C-04-0790 JSW (EDL)

- 1 -

1  22 days ago Plaintiff personally appeared in San Francisco for a settlement conference. Plaintiff
2  paid all expenses to attend that proceeding. [See Dec. of Plaintiff Maez, attached herein as
3  Exhibit A].
4      This Application is made in good faith, without ulterior motive.
5
6  Dated: September 22, 2005    The Business Litigation Group LLP
7  _____
8  MICHAEL MORTIMER
   Attorneys for Plaintiff Landis Maez
9
10
11  9/27/05



IT IS SO ORDERED
Judge James Larson

P.O. Box 2342
San Francisco 94126-2342
415-398-5050
sanfrancisco@att.net

THE BUSINESS
LITIGATION GROUP
LAWYERS & COUNSELORS
San Francisco

Application to Appear by Telephone – *Maez v. ChevronTexaco*, et al. C-04-0790 JSW (EDL)

EXHIBIT __A__



1  4. On August 30, 2005, I attended a Settlement Conference in San Francisco. For that
2  proceeding I also paid for travel and accommodations with personal funds.
3  5. My understanding is that on Tuesday, September 22, 2005, Judge Jeffrey White
4  ordered that the Parties attempt settlement through a further settlement conference.
5  6. I have reviewed Your Honor's Order stating that the Further Settlement Conference
6  will take place on September 28.
7  7. On that date my wife will be going through certain medical procedures that will
8  require my driving her to and from the hospital. The visit to the hospital has been on my
9  calendar well before receiving the Court's notice of the further settlement conference date.
10  8. I have had to pay travel funds for attendance at trial, which is scheduled to commence
11  October 11. Paying unanticipated costs to attend another settlement conference in San Francisco
12  will place a financial hardship on me.
13  9. I request to appear by telephone at the Settlement Conference on September 28.
14  10. I make this request for the reasons stated above. My request to appear by telephone
15  is being done in good faith.
16  11. If permitted to appear by telephone, I will continue to cooperate with the serious goal
17  of the Court, which is to get the Parties to settle. I remain willing to seriously consider
18  settlement, just as I was 23 days ago, at the last Settlement Conference.
19  I declare under penalty of perjury under the laws of California and the United States that
20  the foregoing is true and correct. Signed at  Phoenix, AZ _____, on September 22,
21  2005.
22
23
24  _____LANDIS MAEZ_____
25
26
27
28

Plaintiff's Declaration – Application to Appear by Telephone – *Maez v. ChevronTexaco* C-04-0790 JSW (EDL)

2