**United States District Court**

For the Northern District of California

1

2

3

4

5

6            IN THE UNITED STATES DISTRICT COURT

7

8            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9   LANDIS MAEZ,                               No. C 04-00790 JSW

10            Plaintiff,

11   v.                                        **ORDER RE DEFENDANTS'**
                                               **FOURTH MOTION *IN LIMINE***
12   CHEVRON TEXACO CORP.; CHEVRON             **AND DEFENDANTS'**
     U.S.A., INC., and CHEVRON ENERGY          **OBJECTIONS TO PLAINTIFF'S**
13   SOLUTIONS, L.P.,                          **EXHIBITS**

14            Defendants.

15   _____/

16            Now before the Court is Defendant's fourth motion *in limine* and Defendants' objections

17   to certain of Plaintiff's exhibits.  Having carefully reviewed the parties' papers, considered their

18   arguments and the relevant legal authority, and good cause appearing, the Court hereby rules as

19   follows.  Based on Plaintiff's stipulation that he is not pursuing wage claims relating to the

20   Hopland, Kraft, Albertsons, and Sun Pacific projects, the Court HEREBY GRANTS

21   Defendants' motion with respect to these projects.  The Court DENIES Defendants' motion

22   with respect to the Sunkist project.

23            The Court FURTHER ORDERS that Defendants' objections to Plaintiff's Exhibits Nos.

24   23, 24, 25, and 26 are OVERRULED.  Defendants' objections to Plaintiff's Exhibit No. 38 are

25   SUSTAINED.  The Court need not rule on Defendants' objections to Plaintiff's Exhibits Nos.

26   67 and 68 because Plaintiff has withdrawn these exhibits and will not offer them into evidence.

27            The parties are HEREBY ORDERED to provide two complete sets for Chambers of the

28   exhibits they intend to introduce at trial by no later than 8:15 a.m. on Tuesday, October 11,

1    2005.  The exhibits shall be presented in binders, and all exhibits that have been withdrawn or to

2    which objections have been sustained shall be omitted from these binders.

3        **IT IS SO ORDERED.**

4

5    Dated: October 6, 2005

6                                JEFFREY S. WHITE
                                 UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**

For the Northern District of California

2