**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

1

2

3

4

5

6

7

8

9   LANDIS MAEZ,

10        Plaintiff,                                      No. C 04-00790 JSW

11   v.

12   CHEVRON TEXACO CORP., CHEVRON          **JUDGMENT**
     U.S.A. INC., CHEVRON ENERGY
13   SOLUTIONS L.P.,

14        Defendants.

15   _____/

16        This action came before the Court for trial, Judge Jeffrey S. White presiding.  Pursuant

17   to the Findings of Fact and Conclusions of Law entered on May 11, 2006, judgment is hereby

18   entered against Plaintiff Landis Maez ("Plaintiff") and in favor of Defendants Corporation,

19   Chevron U.S. A. Inc. and Chevron Energy Solutions, L.P. (collectively, "Chevron").  Plaintiff

20   shall take nothing by way of his complaint.

21        **IT IS SO ORDERED.**

22

23                                                          *Jeffrey S White*

24

25

26

27

28

**United States District Court**

For the Northern District of California

1    Dated: May 11, 2006

2                                                 JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28