IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDIS MAEZ,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVRON TEXACO CORP., CHEVRON U.S.A. INC., CHEVRON ENERGY SOLUTIONS L.P.,<br><br>    Defendants. | No. C 04-00790 JSW<br><br>**ORDER REFERRING MOTION FOR ATTORNEYS' FEES TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the motion for attorneys' fees filed by Defendants Corporation, Chevron U.S. A. Inc. and Chevron Energy Solutions, L.P. (collectively, "Chevron") is HEREBY REFERRED to a randomly assigned magistrate judge to prepare a report and recommendation. The hearing date noticed for Friday, July 28, 2006 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: May 30, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE