IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDIS MAEZ, | No. C 04-0790 JSW (MEJ) |
| Plaintiff(s), | |
| vs. | **NOTICE OF REFERENCE** |
| CHEVRON TEXACO CORP., et al., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

    The above-captioned case was referred to Magistrate Judge Maria-Elena James to prepare a report and recommendation on defendants' motion for attorneys' fees. The Court shall conduct a hearing on July 20, 2006 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Pursuant to Civil Local Rule 7, plaintiff shall file any opposition by June 29, 2006 and defendants shall file any reply by July 6. As this is an e-file case, the parties shall ensure that chambers copies of all documents are lodged by noon of the next court day following the day the papers are filed electronically. These printed copies shall be marked "Chambers Copy" and shall be submitted to the Clerk's Office, in an envelope clearly marked with Judge James' name, case number and "E-Filing Chambers Copy."

    Please contact the Courtroom Deputy Clerk, Brenda Tolbert, at (415) 522-4708 with any

questions.

**IT IS SO ORDERED.**

Dated: May 31, 2006

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2