IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANDIS MAEZ,<br><br>           Plaintiff,<br><br>    v.<br><br>CHEVRON TEXACO CORP., CHEVRON U.S.A. INC., CHEVRON ENERGY SOLUTIONS L.P.,<br><br>           Defendants.<br>_____/ | No. C 04-00790 JSW<br><br>**ORDER RE PAYMENTS FOR LATE FILINGS** |

  Plaintiff filed his opposition to Defendants' motion for summary judgment and supporting evidence late. On June 20, 2005, the Court issued an order indicating it would consider Plaintiff's opposition and supporting evidence, but also ordered Plaintiff to pay Defendants their reasonable attorneys' fees and costs incurred in bringing Plaintiff's filing errors to the Court's attention. Defendants submitted the declarations of their counsel regarding the attorneys' fees incurred. Although the Court recently adopted the Magistrate Judge Maria-Elena James's Report and Recommendation re Defendants' Motion for Attorney's Fees, the prior order of this Court ordering attorneys' fees on this one issue was not raised in Defendants' motion nor addressed in the order denying it. Although Defendants seek $5,707.50 in attorneys' fees, the Court finds that reasonable fees for reviewing and bringing the filing errors to the

///

///

Court's attention are $980. Accordingly, Plaintiff is HEREBY ORDERED to pay Defendants' $980 by no later than December 15, 2006.

**IT IS SO ORDERED.**

Dated: November 28, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE