**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

November 19, 2008

CASE NUMBER AND TITLE:

CV 04-00790 JSW     Maez-v- Chevron Texaco Corporation

TO COUNSEL OF RECORD

     In accordance with Civil L.R. 79-4(b), it is requested that counsel withdraw their exhibits by filing a written notice forthwith. If notice is not received within thirty (30) days of this notice, the exhibits will be disposed of in accordance with Civil L.R. 79-4(c).

                             Sincerely,
                             RICHARD W. WIEKING, Clerk

                             by:  Hilary D. Jackson
                             Case Systems Administrator

NDC CSA-8  Rev.  8/95

0:\csaforms\civil\exhibits